IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MELHEM NAJIB IBRAHIM, § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. 05-139 |
| § | |
| DEPARTMENT OF HOMELAND SECURITY; § UNITED STATES CITIZENSHIP AND § IMMIGRATION SERVICES, § KENNETH PASQUARELL, DISTRICT DIRECTOR, § SAN ANTONIO; and ALBERTO GONZALES, § ATTORNEY GENERAL OF UNITED STATES, § § Defendants. § § | |

## FINAL JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law, the Court enters final judgment denying Plaintiff's United States citizenship application.

SIGNED and ENTERED on the 23rd day of November, 2005.

_____
Janis Graham Jack
United States District Judge